RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Maurice Parker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>MAURICE PARKER,<br><br>             Defendant. | Case No. 2:20-cr-00138-GMN-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

       IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Travis Leverett, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Maurice Parker, that the Revocation Hearing currently scheduled on August 12, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

       This Stipulation is entered into for the following reasons:

       1.    Defense counsel was recently assigned to this case needs additional time to review the provided information and to properly prepare for the revocation hearing.

       2.    The defendant is not in custody and agrees with the need for the continuance.

       3.    The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 6th day of August, 2020.

| RENE L. VALLADARES | NICHOLAS A. TRUTANICH |
| Federal Public Defender | United States Attorney |

By */s/ Brandon C. Jaroch*  
BRANDON C. JAROCH  
Assistant Federal Public Defender

By */s/ Travis Leverett*  
TRAVIS LEVERETT  
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MAURICE PARKER,<br><br>　　　　Defendant. | Case No. 2:20-cr-00138-GMN-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, August 12, 2020 at 1:00 p.m., be vacated and continued to September 30, 2020, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

　　　DATED this  7  day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE