RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Maurice Parker

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MAURICE PARKER,<br><br>  Defendant. | Case No. 2:20-cr-00138-GMN-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Travis Leverett, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Maurice Parker, that the Revocation Hearing currently scheduled on September 30, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel needs additional time to review the provided information, to gather additional evidence for a defense or mitigation, and to properly prepare for the revocation hearing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 23rd day of September, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Brandon C. Jaroch*<br>BRANDON C. JAROCH<br>Assistant Federal Public Defender | By */s/ Travis Leverett*<br>TRAVIS LEVERETT<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MAURICE PARKER,<br><br>            Defendant. | Case No. 2:20-cr-00138-GMN-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 30, 2020 at 11:00 a.m., be vacated and continued to November 25, 2020, at the hour of 9:00 a.m. before Judge Gloria M. Navarro in LV Courtroom 7D.

DATED this  24  day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE